H. P. Nelson, Company Respondent, v. Gustav H. Poppenberg, Appellant. — Judgment and orders affirmed, with costs. All concurred.

George Nunz, Respondent, v. George Kellogg Structural Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Village of Fredonia, Appellant, v. Fredonia Natural Gas Light Company and Others, Respondents.— Stay granted until the hearing and determination of this appeal upon condition that appellant file with this court and serve upon respondents' attorney the case and papers on appeal, including brief, on or before January 23, 1915, and at the option of the respondents that the case be placed upon the day calendar for argument for January 26, 1915. Lambert, J., not sitting.

The People of the State of New York, Respondent, v. Philip Urtel, Appellant.— Appeal dismissed. Held, the question of jurisdiction sought to be raised is not properly presented by the record. All concurred.

In the Matter of the Application of the Board of Supervisors of the County of Chautauqua, Respondent, for the Appointment of Commissioners to Ascertain the Compensation to Be Made, etc., Claimed to Be Owned by Catherine Gens, Appellant.— Judgment and orders affirmed, with costs. All concurred.

Susan Hargraves, as Administratrix, etc., Respondent, v. Wickwire Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of Harriet Nickles, Deceased. Julia D. Lowery, Appellant; James M. Thompson, Respondent.— Decree affirmed, with costs. All concurred.

Eva Roesler, an Infant, etc., Respondent, v. Dunkirk Home Telephone Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Robson and Foote, JJ., who dissented.

Herbert C. Breeze, Respondent, v. James C. Stewart and Another, Appellants.— Judgment and order affirmed, with costs. All concurred. Merrell, J., not sitting.

Edward Cosgrove, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Accounting of Dora C. Stephens Tilbury, as Executrix, etc., of Walter A. Stephens, Deceased, Respondent. Walter F. Stephens, Appellant.— Decree affirmed, with costs. All concurred.

Sadie E. Minich, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Emma Bentley, Respondent, v. Thomas W. Allen, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of Arthur Warren and Others, as Taxpayers of the Town of Brighton, Monroe County, N. Y., to Legalize the Bonds of Said Town Sold to Raise Funds for the Construction of a Water System in the Monroe Avenue Water District in Said Town, etc. Hiram Shaw, a Taxpayer and as Supervisor, etc., Appellant.— Judgment affirmed, with costs. All concurred.

Antonio Difuria, Respondent, v. Lulu J. Wallace, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to